UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD TARTT,<br>　　　　Plaintiff,<br>　　v.<br>JULIE ROBERTS, et al.,<br>　　　　Defendants. | Case No. 18-cv-05780 NC (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, an Arizona state inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. The events of which Plaintiff complains occurred in Arizona state prisons. Defendants are employees of Arizona state prisons. Venue therefore is proper in the District of Arizona, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the District of Arizona. The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

DATED: October 9, 2018

　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 18-cv-05780 NC (PR)
ORDER OF TRANSFER